# ARTICLES OF ORGANIZATION
# OF
# Fit Geno LLC

Under Section 203 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

**Fit Geno LLC**

**SECOND:** The county, within this state, in which the office of the limited liability company is to be located is NEW YORK.

**THIRD:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

Fit Geno LLC
1370 Broadway Suite 559
New York, NY 10018

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

Hyewon Ham  (signature)
_____
Hyewon Ham , ORGANIZER
150 Ketchum Rd
Conklin, NY 13748

**Filed by:**
Hyewon Ham
150 Ketchum Rd
Conklin, NY 13748

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 05/29/2020**
**FILE NUMBER: 200529020099; DOS ID: 5758627**

DOS-1239-f-11 (Rev. 02/12)                                                                 Page 1 of 1



New York State
**Department of State**
**DIVISION OF CORPORATIONS,
STATE RECORDS AND
UNIFORM COMMERCIAL CODE**
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

# CERTIFICATE OF CHANGE
## OF

**FIT GENO LLC**
_(Insert Name of Domestic Limited Liability Company)_

Under Section 211-A of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:
**FIT GENO LLC**

If the name of the limited liability company has been changed, the name under which it was organized is: _____

**SECOND:** The date of filing of the articles of organization is: **5/29/2020**

**THIRD:** The change(s) effected hereby are: _[check appropriate statement(s)]_

1. ☐ The county location, within this state, in which the office of the limited liability company is located, is changed to: _____

2. ☑ The address to which the Secretary of State shall forward copies of process accepted on behalf of the limited liability company is changed to read in its entirety as follows:
**1441 Broadway Suite 6168, New York NY 10018**

3. ☐ The limited liability company hereby: _[check one]_

   ☐ Designates _____ as its registered agent upon whom process against the limited liability company may be served. The street address of the registered agent is:

   _____

   ☐ Changes the designation of its registered agent to: _____
   The street address of the registered agent is:

   _____

   ☐ Changes the address of its registered agent to:

   _____

   ☐ Revokes the authority of its registered agent.

DOS-1359-f (Rev. 03/17)　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2

Filed with the NYS Department of State on 09/29/2021
Filing Number: 210930000715 DOS ID: 5758627

X ___(signature)___

**Hyewon Ham**
(Type or print name)

Capacity of Signer *(Check appropriate box)*:

☒ Member

☐ Manager

☐ Authorized Person

RECEIVED 2021 SEP 29 AM 10:07

# CERTIFICATE OF CHANGE
# OF

**FIT GENO LLC**

*(Insert Name of Domestic Limited Liability Company)*

Under Section 211-A of the Limited Liability Company Law

Filer's Name and Mailing Address:

**YEN-YI ANDERSON**
Name:

**ANDERSON AND ASSOCIATES LLC**
Company, if Applicable:

**61 BROADWAY SUITE 2809**
Mailing Address:

**New York, NY 10006**
City, State and Zip Code:

**NOTES:**
1. The name of the limited liability company and the date of filing of the articles of organization must exactly match the records of the Department of State. This information should be verified on the Department of State's website at www.dos.ny.gov.
2. This form was prepared by the New York State Department of State for filing a certificate of change by a domestic limited liability company. You are not required to use this form. You may draft your own form or use forms available at legal supply stores.
3. The Department of State recommends that legal documents be prepared under the guidance of an attorney.
4. The certificate must be submitted with a **$30** filing fee made payable to the Department of State.

*(For office use only)*

Filed with the NYS Department of State on 09/29/2021
Filing Number: 210930000715 DOS ID: 5758627

# Biennial Statement

NYS Department of State
Division of Corporations, State Records &
Uniform Commercial Code
http://www.dos.ny.gov

**BUSINESS NAME:** FIT GENO LLC
**FILING PERIOD:** 5/1/2024 12:00:00 AM

## Part 1 - Service of Process Address (Address must be within the United States or its territories)

Name
FIT GENO LLC
Address Line 1
1441 BROADWAY
Address Line 2
SUITE 6168

| City | State | Zip Code |
|---|---|---|
| NEW YORK | NY | 10018 |

### Signer Information

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

Electronic Signature
HYEWON HAM
Capacity of Signer
MANAGER

Filed with the NYS Department of State on 05/21/2024
Filing Number: 240521001857 DOS ID: 5758627