McKinney's Consolidated Laws of New York Annotated
  Civil Practice Law and Rules (Refs & Annos)
    Chapter Eight. Of the Consolidated Laws
      Article 3. Jurisdiction and Service, Appearance and Choice of Court (Refs & Annos)

McKinney's CPLR § 311-a

§ 311-a. Personal service on limited liability companies

Effective: July 27, 1999

Currentness

(a) Service of process on any domestic or foreign limited liability company shall be made by delivering a copy personally to (i) any member of the limited liability company in this state, if the management of the limited liability company is vested in its members, (ii) any manager of the limited liability company in this state, if the management of the limited liability company is vested in one or more managers, (iii) to any other agent authorized by appointment to receive process, or (iv) to any other person designated by the limited liability company to receive process, in the manner provided by law for service of a summons as if such person was a defendant. Service of process upon a limited liability company may also be made pursuant to article three of the limited liability company law.

(b) If service is impracticable under subdivision (a) of this section, it may be made in such manner as the court, upon motion without notice, directs.

**Credits**
(Added L.1999, c. 341, § 1, eff. July 27, 1999.)

**Editors' Notes**

**PRACTICE COMMENTARIES**

by Vincent C. Alexander

CPLR 311-a, enacted in 1999, contains an inventory of the permissible methods of serving process on the type of business organization known as the "limited liability company." In addition to delivery of process to a member or manager of the limited liability company (see definitions in Limited Liability Company Law § 102(p) and (q)), service may be made on appointed agents or other persons designated by the company. See *Stuyvesant Fuel Service Corp. v. 99-105 3rd Avenue Realty LLC*, 2002, 192 Misc.2d 104, 745 N.Y.S.2d 680 (N.Y.C.Civ.Ct.) (receptionist for several businesses in building in which defendant limited liability company was located did not fall within any of CPLR 311-a's categories for service).

It is unclear whether the statute limits the method of service to personal delivery or whether the alternative methods of "personal service" in CPLR 308(2) (deliver and mail) and 308(4) (affix and mail) may also be used. One court has held that CPLR 311-a requires personal delivery into the hands of one of the statutorily authorized representatives as in the case of service on a corporation (see CPLR 311(a)(1)). *Supple v. Brockbuilt Homes LLC*, 2007 WL 4857221 (Sup.Ct.Suffolk Co.). The court reasoned that a limited liability company is an entity akin to a corporation, rather

than a partnership. See *Michael Reilly Design, Inc. v. Houraney*, 2007, 40 A.D.3d 592, 593, 835 N.Y.S.2d 640, 641 (2d Dep't) (LLC "is a legal entity distinct from its members" and is therefore subject to CPLR 321's requirement that a corporation appear in action by counsel). In the case of corporate defendants, of course, service is not valid if made pursuant to CPLR 308(2), such as delivery to a person of suitable discretion at an officer's home followed by a mailing. See *Lakeside Concrete Corp. v. Pine Hollow Bldg. Corp.*, 1984, 104 A.D.2d 551, 479 N.Y.S.2d 256 (2d Dep't), affirmed 65 N.Y.2d 865, 493 N.Y.S.2d 309, 482 N.E.2d 1225; see generally Practice Commentaries on CPLR 311, at C311:1, supra. In contrast, all of the CPLR 308 methods have been allowed for service on the various types of partnerships. See Practice Commentaries on CPLR 310 (partnerships) & 310-a (limited partnerships and limited liability partnerships), supra.

The cross-reference in the last sentence of CPLR 311-a(a) to Article 3 of the Limited Liability Company Law clarifies that service may also be made on the Secretary of State. See, e.g., Limited Liability Company Law §§ 303, 304.

CPLR 311-a(b) explicitly authorizes an improvised method pursuant to ex parte order when service is impracticable under subdivision (a). Cases applying CPLR 308(5) and CPLR 311(b) should provide useful guidance as to the impracticability concept.

Notes of Decisions (20)

McKinney's CPLR § 311-a, NY CPLR § 311-a
Current through L.2025 chapters 1 to 713. Some statute sections may be more current, see credits for details.

---

**End of Document**  © 2026 Thomson Reuters. No claim to original U.S. Government Works.