# Affidavit of Process Server

DISTRICT COURT, COUNTY OF BOULDER STATE OF COLORADO
(NAME OF COURT)

AIMEE FOLLETTE and SCOTT RUBLE, VS FIT GENO LLC and HYEWON HAM, individually,    2025CV30860
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE NUMBER

DATE FILED: November 6, 2025 12:18 PM
FILING ID: FB28C2A5DB254
CASE NUMBER: 2025CV30860

I, JONN RUSSELL, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I ■served □was unable to serve : HYEWON HAM
NAME OF PERSON TO BE SERVED

with (list documents) SUMMONS AND COMPLAINT,

by leaving with LONGCHEE SON    HUSBAND    At
NAME    RELATIONSHIP / POSITION

■ Residence 150 KETCHUM ROAD    CONKLIN NY
ADDRESS    CITY / STATE

□ Business
ADDRESS    CITY / STATE

On 10-28-25    AT 10:50AM
DATE    TIME

■ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on 10-28-25
DATE

from BINGHAMTON    NY    13902
CITY    STATE    ZIP

**Manner of Service:**
□ **Personal:** By personally delivering copies to the person being served.
■ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of __18__ and explaining the general nature of the papers.
□ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
□ **Corporate:** By personally delivering copies to the person named above.
□ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

□ Unknown at Address    □ Moved, Left no Forwarding    □ Service Cancelled by Litigant    □ Unable to Serve in Timely Fashion
□ Address Does Not Exist    □ Other

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
DATE    TIME    DATE    TIME

(3)_____ (4)_____ (5)_____
DATE    TIME    DATE    TIME    DATE    TIME

Description:. Age 40-50 Sex M Race ASIAN Height 5'4 Weight 140 Hair BLACK Beard N Glasses N

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 5th day of November, 2025, by JRussell,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Kaitlynn Randall
SIGNATURE OF NOTARY PUBLIC

KAITLYNN RANDALL
NOTARY PUBLIC, STATE OF NEW YORK
BROOME COUNTY
LIC. #01RA0040019
COMM. EXP. 08/01/29

NOTARY PUBLIC for the state of New York



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS