IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03882-DDD-NRN

AIMEE FOLLETTE and SCOTT RUBLE,
individually and on behalf of all others
similarly situated,

    Plaintiffs,

v.

FIT GENO LLC and HYEWON HAM, individually,

    Defendants.

---

## [PROPOSED] ORDER

---

    The Court has considered Plaintiffs' Motion for Remand. After reviewing the motion, the response, any reply, and relevant legal authorities, the Court finds the motion is well taken and should be granted. Accordingly,

    IT IS ORDERED that this case is remanded to the District Court of Boulder County, Colorado where it was filed.

    IT IS FURTHER ORDERED that all other relief not granted is denied.

Dated: _____.

                                          _____
                                          Daniel D. Domenico
                                          United States District Judge