IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Daniel D. Domenico**

Civil Action No. 1:25-cv-03882-DDD-NRN

AIMEE FOLLETTE, individually and on behalf of all others similarly situated; and
SCOTT RUBLE, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

FIT GENO LLC; and
HYEWON HAM,

    Defendants.

## ORDER GRANTING MOTION TO REMAND

Before me is Plaintiffs' Motion for Remand. Doc. 11. Because the defendants' notice of removal was untimely, the motion is granted.

The plaintiffs initiated this action in the District Court for the County of Boulder, Colorado. Doc. 1 at 7. The defendants were served with process pursuant to Colorado Rule of Civil Procedure 4(e) on October 28, 2025. *See* Doc. 1 at 2-3; Doc. 11 at 1-3, 5-7; Doc. 11-1 at 3-4; Doc. 11-3. A notice of removal must be filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading." 28 U.S.C. § 1446(b)(1). The defendants removed the case to this Court on December 3, 2025, Doc. 1, thirty-six days after being served with process. A motion to remand a case based on a procedural defect "must be made within 30 days after the filing of the notice of removal." 28 U.S.C. § 1447(c). The plaintiffs timely filed their motion

- 1 -

to remand on January 2, 2026. Doc. 11. The defendants have not filed a response to the plaintiffs' motion to remand.

"The failure to comply with the[] express statutory requirements for removal [under Section 1446(b)] can fairly be said to render the removal 'defective' and justify a remand." *Huffman v. Saul Holdings Ltd. P'ship*, 194 F.3d 1072, 1078 (10th Cir. 1999) (quoting *Snapper, Inc. v. Redan*, 171 F.3d 1249, 1253 (11th Cir. 1999)); *see also Paros Props. LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264, 1269, 1273 (10th Cir. 2016) ("This circuit has been very strict in assessing whether the grounds for removal are ascertainable," and where the "notice of removal was filed more than 30 days after [the defendant] received" a paper from which removability could be ascertained, "the notice was untimely," and "the district court should have remanded the case to state court."). Accordingly, I will grant the plaintiffs' motion and remand the case to state court because the defendants' notice of removal was untimely.

It is therefore **ORDERED** that:

Plaintiffs' Motion for Remand, **Doc. 11**, is **GRANTED**, and this case is **REMANDED** to the District Court for the County of Boulder, Colorado; and

The Clerk of Court is directed to close this case.

DATED: February 4, 2026          BY THE COURT:

                                                                    ~~Daniel D.~~ Domenico
                                                                    United States District Judge

- 2 -